FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 24 2017
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YANET CORDOVA,

               Plaintiff,                          Case No. 16-CV-2905

      -against-

                                          **STIPULATION AND ORDER OF**
GKN AEROSPACE MONITOR, INC.,       **DISMISSAL WITH PREJUDICE**

              Defendant.

------------------------------------------------------------x

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel of record, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety, with prejudice, and without costs to either party.

Dated: New York, New York
          August 18, 2017

PHILLIPS & ASSOCIATES, PLLC

By: _____
    Joshua R. Frank
45 Broadway, Suite 620
New York, New York 10006
212-248-7431

*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

By: _____
    Allison E. Ianni
1745 Broadway, 22nd Floor
New York, New York 10019
212-492-2500

*Attorneys for Defendant*

Case Closed
SO ORDERED:

Joan M. Azrack, USDJ
_____
Hon. Joan M. Azrack

August 24, 2017

30930646.1